## Saul H. Rosensweig, Appellee, v. Christ Karras and William Karras, Appellants.

### Gen. No. 44,955.

Hill &

Booras, for appellants; Richard Hill, Jr., of counsel; Donald L. Thompson and Wind & Wind, for appellee; Donald L. Thompson, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed December 5, 1950; released for publication December 28, 1950.

